UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 NOV -7  PM 4: 03

CLERK OF COURT

| | |
|---|---|
| TIMOTHY HARPER, BRIAN HARPER, AND BG&S MANAGEMENT CONSULTANTS § § § § v. § § IRA LAWRENCE BRODY, BROAD PARK § CAPITAL, LLC, JOSEPH § BARTHOLOMEW, AND MBP INSURANCE § SERVICES § | NO. 4-12CV-801. Y |

## PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Timothy Harper, a resident citizen of Texas, Brian Harper, a resident citizen of Texas, and BG&S Management Consultants, a Texas corporation, Plaintiffs complaining of Ira Lawrence Brody, Broad Park Capital, LLC, a Tennessee limited liability company, Joseph Bartholomew and MBP Insurance Services, Inc., a California corporation, Defendants. Defendant Ira Lawrence Brody ("Brody") is a resident citizen of the state of Tennessee and may be served with process at 6815 Halls Hill Pike, Murfreesboro, Tennessee 37130. Defendant Broad Park Capital, LLC ("Broad Park") is a Tennessee limited liability company organized under the laws of Tennessee with its principal place of business in Tennessee, who may be served by serving its registered agent Ira Brody with service of process at 6815 Halls Hill Pike, Murfreesboro, Tennessee 37130. Joseph Bartholomew ("Bartholomew") is a resident citizen of the state of California and may be served by serving him at 25011 Calle Arenal, Lake Forest, California 92630. MBP Insurance Services, Inc. ("MBP") is a California corporation organized under the laws

of the state of California with its principal place of business in California and may be served by serving its registered agent for service of process Joseph Bartholomew at 25011 Calle Arenal, Lake Forest, California 92630.

## I. JURISDICTION/VENUE

This court has jurisdiction over the lawsuit under Section 28 U.S.C. § 1332(a)(1) because the Plaintiffs and the Defendants are citizens of different states and the amount in controversy exceeds $75,000.00, excluding interest and costs. Venue is proper in this district under Section 28 U.S.C. § 1391(a)(2) / § 1391(b)(2) because a substantial part of the events or omissions giving rise to this action occurred in this district. Plaintiffs reside in Tarrant County, Texas and Defendants and their agents initially solicited investments from Plaintiffs, a part of which make the basis of this lawsuit by traveling to and meeting with Plaintiffs in Tarrant County, Texas. Further documents were delivered to Plaintiffs by Defendants or their agents for execution in Tarrant County, Texas.

## II. CONDITIONS PRECEDENT

All conditions precedent have been performed or have occurred.

## III. FACTS

1. Brian Harper and Timothy Harper individually and through their corporation BG&S Management Consultants ("Plaintiffs") are investors in ventures including investments in the premium financing of insurance policies.

2. Plaintiffs were approached initially in early 2011 by Defendants through Defendant Brody to make investments in the financing of insurance commission receivables. Defendant Brody and others traveled to Tarrant County, Texas to make such presentations on behalf of himself and the other Defendants.

3.      Defendant Brody and the other Defendants represented to Plaintiffs that Plaintiffs would receive a 3% structuring fee for advancing monies to be applied for the payment of first year premiums on life insurance policies.  The advance was to be documented with a promissory note payable within 30 days of execution of the note and secured by the life insurance policy on which the premium was to be paid.  The note was to be paid from first year commissions received by Defendant Bartholomew or his company Defendant MBP.

4.      Based upon the representations of Defendant Brody and the other Defendants, Plaintiffs made investments with them in the spring of 2012, including one investment where the monies were wire transferred to Defendants for the payment of the initial premium and purportedly secured by a life insurance policy issued to the H. Stanton Johnson and Carol A. Johnson Irrevocable Life Insurance Trust 2012 policy number 20060844 issued by John Hancock Life Insurance ("Johnson Investment").

5.      The Johnson Investment documents including the promissory note, assignment agreement and wire transfer instructions were sent to Plaintiffs in Tarrant County, Texas by Defendant Brody on behalf of all Defendants for Plaintiffs' execution and were executed by Plaintiffs and monies wired at the direction of Defendant Brody to Defendant MBP Services' trust account in California in reliance on the representations of the Defendants that the Johnson policy was a valid policy and that its assignment as collateral was authorized by the trustee of the trust and that it was a legitimate transaction under the laws of California.  Plaintiffs' total monies invested in the Johnson Investment are $332,994.00

6.      The promissory note that is part of the Johnson Investment was due and payable 30 days after its execution on April 2, 2012.  There have been no payments by Defendants to Plaintiffs of any of the amounts due and owing on the note, nor has there been any

PLAINTIFFS' ORIGINAL COMPLAINT – Page 3

accounting for the monies invested by Plaintiffs.

7.      The security for the note represented by Defendants to Plaintiffs to be a valid life insurance policy issued to the Johnson Trust was in fact never issued to the Trust and in fact the assignment of the fictitious policy by the trustee of the H. Stanton Johnson and Carol A. Johnson Irrevocable Life Insurance Trust is a forgery.

8.      The total amount invested with the Defendants including in the Johnson Investment by the Plaintiffs is $424,100.89.

## COUNT 1
## BREACH OF CONTRACT

Plaintiffs adopt paragraphs 1 through 8. Defendants by their conduct have breached their agreement with Plaintiffs in that they have failed to perform as required by their agreements with Plaintiffs and have failed to return funds to the Plaintiffs as required by their agreement with Plaintiffs and thus Plaintiffs have been injured in the amount of $424,100.89 as a result of such breach by Defendants.

## COUNT 2
## CONVERSION

Plaintiffs adopt paragraphs 1 through 8. Defendants by their conduct of failing to return to the Plaintiffs their monies advanced for investment purposes after Plaintiffs' demand for their return after learning that the Johnson Investment was fictitious diverting them instead to their own use constitutes a conversion of those funds causing Plaintiffs to be injured in the amount of not less than $332,994.00.

## IV. FRAUD

Plaintiffs adopt paragraphs 1 through 8. Defendants and/or their agents made material misrepresentations that were false among others the existence of a life insurance

policy issued to H. Stanton Johnson and Carol A. Johnson Irrevocable Life Insurance Trust to induce Plaintiffs to invest $332,994.00 with them. Plaintiffs relied upon the representations of Defendants and their agents when in fact there was no policy, and Defendants and their agents had no intent to perform their obligations to Plaintiffs or return their investment and thus Plaintiffs have been injured by such conduct in the amount of not less than $332,994.00. Plaintiffs are also entitled to exemplary damages in an amount determined by the Court.

## V. FRAUD

As a result of the conduct of the Defendants, Plaintiffs have been required to retain the services of the undersigned attorneys and where allowed by law seek the recover of reasonable and necessary attorney fees and prejudgment interest as allowed by law.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein and that upon a final hearing herein Plaintiffs have and recover a judgment from the Defendants in a reasonable amount determined by a Court or jury including attorney's fees, interest and costs execution on the judgment until full and finally paid and such other relief they may show themselves to be justly entitled.

Respectfully submitted,

*[signature]*

John E. Agnew
State Bar No. 00933000
BURLESON, PATE & GIBSON, L.L.P.
900 Jackson Street, Suite 330
Dallas, Texas 75202
Telephone: (214) 871-4900
Telecopy: (214) 871-7543
jagnew@bp-g.com

ATTORNEYS FOR PLAINTIFFS
TIMOTHY HARPER, BRIAN HARPER,
AND BG&S MANAGEMENT CONSULTANTS

JS 44 (Rev. 09/11)     **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

ORIGINAL

RECEIVED
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2012 NOV -7 PM 4:03
CLERK U.S. COURT

### I. (a) PLAINTIFFS
Timothy Harper, Brian Harper, and BG&S Management Consultants

### DEFENDANTS
Ira Lawrence Brody, Broad Park Capital, LLC, Joseph Bartholomew, and MBP Insurance Services

**(b)** County of Residence of First Listed Plaintiff   Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Rutherford
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John E. Agnew
Burleson, Pate & Gibson, L.L.P., 900 Jackson Street, Suite 900
Dallas, Texas 75202 (214) 871-4900

Attorneys *(If Known)*

4-12CV-801. Y

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)*    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- **Habeas Corpus:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332 Diversity

Brief description of cause:
Breach of contract, fraud.

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) PENDING OR CLOSED:
*(See instructions)*    JUDGE      DOCKET NUMBER

DATE: 11/07/2012
SIGNATURE OF ATTORNEY OF RECORD: *John E. Agnew*

**FOR OFFICE USE ONLY**
RECEIPT # FWO 18172    AMOUNT $350    APPLYING IFP    JUDGE    MAG. JUDGE